IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA SMALLWOOD                                                          PLAINTIFF

V.                  Case No. 3:25-cv-00087-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration                                       DEFENDANT

## **ORDER**

The Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) is GRANTED. (Doc. 9). Accordingly, the Commissioner's decision is REVERSED, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

SO ORDERED this 15th day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE