IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA SMALLWOOD                                                                                          PLAINTIFF

V.                                    Case No. 3:25-cv-00087-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration                                                                     DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered for Plaintiff Lisa Smallwood, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

DATED this 15th day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE